GOLDBERG & ASSOCIATES
JULIE A. GOLDBERG (SBN 235565)
3005 Oakwood Blvd
Melvindale, Michigan 48122
Telephone: (313) 888-9545
Email: ecf@goldbergimmigration.com

Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

DOLAH MANSOUR HUSAIN, ET AL.,

Plaintiffs,

v.

MARCO RUBIO, ET AL.,

Defendants.

**Case No.: 1:25-cv-00512-JLT-CDB**

ORDER ON STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION FOR DISMISSAL

(Doc. 30)

ORDER VACATING MOTION HEARING

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 144, Plaintiffs Dolah Mansour Husain, et al. ("Plaintiffs") and Defendants Marco Rubio, et al. ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree, subject to the approval of the Court, as follows:

WHEREAS, on September 2, 2026, Defendants filed their Notice of Motion and Motion for Dismissal (ECF 29) (the "Motion"), noticed for hearing on October 13, 2026, at 9:00 a.m.;

WHEREAS, Plaintiffs' response to the Motion is currently due on September 16, 2026;

WHEREAS, Plaintiffs' counsel has multiple hearings in other matters in the coming weeks that require travel, and requires additional time to prepare Plaintiffs' response to the Motion;

WHEREAS, the parties have met and conferred, and Defendants have agreed to a fourteen (14) day extension of Plaintiffs' deadline to respond to the Motion, conditioned upon a corresponding extension for Defendants' reply, to which Plaintiffs agree;

WHEREAS, this is the first extension of time requested with respect to this deadline, the extension is sought in good faith and not for purposes of delay, and aside from the hearing on the Motion, no other case deadlines will be affected;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. Plaintiffs' deadline to file a response to the Motion is extended fourteen (14) days, from September 16, 2026, to September 30, 2026;

2. Defendants' deadline to file any reply in support of the Motion is extended fourteen (14) days to October 26, 2026; and

3. The hearing on the Motion, currently set for October 13, 2026, is continued to November 10, 2026, at 9:00 a.m. in Courtroom 4, or to such other date and time as the Court may direct.

IT IS SO STIPULATED.

DATED: September 10, 2026

Respectfully submitted,

GOLDBERG & ASSOCIATES

*/s/ Julie A. Goldberg*
Julie A. Goldberg
Counsel for Plaintiffs

DATED: September 10, 2026

ERIC GRANT
United States Attorney

*/s/ David E. Thiess*
David E. Thiess
Assistant United States Attorney
Counsel for Defendants

**~~[PROPOSED]~~ ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiffs shall file their response to Defendants' Motion for Dismissal (Doc. 29) on or before September 30, 2026;
2. Defendants shall file any reply in support of the Motion on or before October 26, 2026; and
3. The hearing on the Motion is VACATED (*see* Doc. 3-2 at 1).

IT IS SO ORDERED.

Dated: **September 11, 2026**

UNITED STATES MAGISTRATE JUDGE