ERIC GRANT
United States Attorney
DAVID E. THIESS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
David.thiess@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DOLAH MANSOUR HUSAIN, ET AL.,

Plaintiffs,

v.

MARCO RUBIO, United States Secretary of State, ET AL.,

Defendants.

CASE NO. 1:25-cv-00512 JLT-CDB

~~[PROPOSED]~~ ORDER ON STIPULATED REQUEST TO AMEND BRIEFING SCHEDULE ON MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT **AS MODIFIED**

(Doc. 35)

ORDER VACATING OCTOBER 28, 2026, MOTION HEARING

(Doc. 33)

Good cause being established, it is HEREBY ORDERED that Defendants' stipulated request (Doc. 35) to set November 4, 2026, as the response deadline regarding Plaintiffs' Motion for Leave to File First Amended Complaint (Doc. 33) is GRANTED.

And it is FURTHER ORDERED that the hearing on Plaintiffs' motion for leave to file first amended complaint set for October 28, 2026 (Doc. 33) is VACATED and the motion is deemed SUBMITTED for decision before the undersigned. *See* Local Rule 230(g).

IT IS SO ORDERED.

Dated: **October 13, 2026**

UNITED STATES MAGISTRATE JUDGE